IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS D. DOHENY and JUDY DOHENY,<br><br>Plaintiffs,<br><br>-vs-<br><br>BNSF RAILWAY,<br><br>Defendant. | CV-18-54GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled (Doc. 139). Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **September 3, 2019**, or show good cause for their failure to do so.

DATED this 2nd day of August, 2019.

Brian Morris
United States District Court Judge